**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**HERBERT LEWIS, et al.**
Reg. #08740-043                                                                                              **PLAINTIFFS**

v.                           CASE NO. 2:10CV00131 BSM/HDY

**T.C. OUTLAW, Warden,**
**FCI - Forrest City, et al.**                                                                         **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Mark Evans's motions to be dismissed as a party and to withdraw from this action [Doc. Nos. 3, 4] be GRANTED.

2. Evans's name be removed as a party plaintiff.

Dated this 14th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE