## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**HERBERT LEWIS et al.**
**Reg. #08740-043**                                                        **PLAINTIFFS**

**v.**                           **CASE NO. 2:10CV00131 BSM/HDY**

**T.C. OUTLAW, Warden,**
**FCI - Forrest City et al.**                                              **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.   Derrick Denton's motion to voluntarily dismiss his claims without prejudice [Doc. No. 8] is GRANTED, and Denton's name shall be removed as a party plaintiff.

2.   Plaintiff Herbert Lewis is allowed to proceed solely on his claim that Defendants Willoughby, Norman, Zewenski, and T.C. Outlaw, are subjecting him to a dangerous living environment, Lewis's other claims are DISMISSED WITHOUT PREJUDICE, and the names of all individuals except for Defendants Willoughby, Norman, Zewenski, and T.C. Outlaw, are removed

as party defendants.

Dated this 24th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE