# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**HERBERT LEWIS,**                                                                                 **PLAINTIFF**
**#29486797**

v.                        **CASE NO. 2:10CV00131 BSM**

**T.C. OUTLAW et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

Dated this 19th day of July 2011.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE